**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL SECURITY COUNSELORS,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY, and DEPARTMENT OF DEFENSE,

Defendants.

Civil Action No. 11-442 (RMC)

**JOINT STATUS REPORT**
**AND MOTION TO MODIFY AND EXTEND STAY**

The parties, plaintiff National Security Counselors ("NSC") and defendants Central Intelligence Agency ("CIA") and Department of Defense ("DOD"), hereby respectfully submit the following status report and joint motion. By this joint motion, the parties request that the Court a) extend the existing stay for six weeks, until June 11, 2012, to allow the parties to continue settlement discussions, and b) modify the stay to include the claims again CIA.

The existing stay pertains to the claims against DOD, Counts 3 and 4 of the First Amended Complaint. On March 26, 2012, this Court issued a Minute Order granting the parties' motion to stay with respect to Counts 3 and 4, to allow the parties to engage in settlement negotiations, and suspended the briefing schedule for those counts. The Court ordered NSC and DOD to file a status report with the Court by April 30, 2012. The parties provide below a status report with respect to Counts 3 and 4, as to which the parties continue settlement discussions.

The parties also request that the Court extend the existing stay to cover Counts 1 and 2, the claims against CIA. CIA had moved for summary judgment as to those counts, but on March 28, 2012 this Court denied CIA's motion without prejudice. By Minute Order dated April 13,

2012, the Court ordered NSC and CIA to file a joint proposed scheduling order for this case by no later than April 27, 2012.

In order to update the Court regarding the status of the parties' settlement discussions, and in support of their joint motion to modify and extend the stay, the parties state as follows:

***The Counts Against DOD***

1. As the parties previously informed the Court, NSC and DOD have begun settlement discussions with regard to Counts 3 and 4 of Plaintiff's First Amended Complaint, in an attempt to narrow the issues in this case. *See* Mot. for One Month Stay Allowing DOD and Pl. to Discuss Settlement ¶ 2 [Dkt. # 29]. Counts 3 and 4 concern two Freedom of Information Act ("FOIA") requests submitted by Plaintiff to the Defense Intelligence Agency ("DIA"), a DOD component, for records related to a previous FOIA request submitted by Mr. Michael Ravnitzky for the records of the DIA Science Board. Count 3 relates to Request No. 0125-2011, which sought the substantive records responsive to Mr. Ravintzky's original request, and Count 4 relates to Request No. 0121-2011, which sought records pertaining to the administrative processing of Mr. Ravintzky's original request.

2. DOD has produced five sets of non-exempt records responsive to these FOIA requests, on September 16, 2011, October 28, 2011, December 16, 2011, February 17, 2012, and, most recently, on April 24, 2012. The April 24, 2012 release contained over 300 pages, bringing the total number of released pages to over 1300 pages.

3. Having reviewed the records produced by DOD, NSC is satisfied with DOD's response to Request No. 0125-2011 (concerning the substantive records). Accordingly, without

conceding the legal validity of any withholdings, NSC has elected in the interest of judicial economy to voluntarily dismiss Count 3.

4. NSC and DOD are continuing their settlement discussions with respect to Count 4 (concerning the administrative processing records). Plaintiff has been submitting to DOD certain questions about the records that have been produced, and DOD has been responding to those questions. Plaintiff is working to identify any additional questions or issues following receipt of the records produced on April 24. The parties anticipate that they will continue to engage in settlement discussions during the next six weeks.

***The Counts Against CIA***

5. Counts 1 and 2 concern two FOIA requests submitted by NSC to the CIA relating to the CIA's Mandatory Declassification Review ("MDR") program: Request No. F-2010-01033, which sought "copies of all current [CIA] regulations, policy statements, guidelines, memoranda, training materials, handbooks, manuals, checklists, worksheets, instructions, and similar documents on the topic of [MDR]," and Request No. F-2011-00396, which sought a copy of the "special procedures for the [Mandatory Declassification] review of information pertaining to intelligence activities . . . or intelligence sources or methods' developed by the Director of Central Intelligence pursuant to Sections 3.6(e) of Executive Order 12,958 and 3.5(e) of Executive Order 13, 292." *See* Mar. 28, 2012 Mem. Op. [Dkt. # 30] (quoting Mot. Summ. J., Declaration of Martha Lutz [Dkt. # 22-1] ("Lutz Decl."), Ex. A.).

6. Following the Court's denial of its motion for summary judgment, the CIA is conducting a supplemental search for records responsive to each of these FOIA requests.

7. The parties anticipate that during the next six weeks CIA will continue its renewed search for responsive records. When the search is completed, the parties intend to consider settlement negotiations to attempt to narrow the issues requiring further litigation with respect to Counts 1 and 2.

***Request to Modify and Extend the Current Stay***

8. The parties request that the Court amend the existing stay by adding Counts 1 and 2 to the stay. This will allow the CIA to progress with its search. At the end of the six weeks, the parties will be in a better position to estimate how much more time, if any, will be needed to complete the search.

9. The parties propose that they submit a joint status report, addressing all counts, along with a proposed briefing schedule, if necessary, on or before June 11, 2012.

Dated: April 27, 2012

Respectfully submitted,

*/s/ Kelly B. McClanahan*
KELLY B. MCCLANAHAN, ESQ.
D.C. Bar #984704
National Security Counselors
1200 South Courthouse Road
Suite 124
Arlington, VA 22204
301-728-5908
240-681-2198 fax
Kel@NationalSecurityLaw.org

Counsel for Plaintiff

STUART F. DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
Trial Attorney
(N.Y. Bar Registration No. 4461679)
United States Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
c/o U.S. Attorney's Office
700 Grant St., Suite 4000
Pittsburgh, PA 15219

Federal Programs Branch Address:
20 Massachusetts Avenue, Room 6134
Washington, DC 20001

Tel: (202) 514-3336
Fax: (412) 644-6995
E-mail: lisa.marcus@usdoj.gov

Counsel for Defendants