## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| NATIONAL SECURITY COUNSELORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 11-442 (RMC) |
| CENTRAL INTELLIGENCE AGENCY, and | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### JOINT STATUS REPORT
### AND JOINT MOTION TO EXTEND STAY FOUR WEEKS

The parties, by and through undersigned counsel and pursuant to the Court's May 1, 2012

Minute Order, respectfully submit this Joint Status Report and joint motion to extend the existing

stay for four weeks, until July 13, 2012, to allow the parties to continue settlement discussions.

In order to update the Court regarding the status of the parties' settlement discussions,

and in support of their joint motion to extend the stay, the parties state as follows:

1.      Counts 1 and 2 concern two FOIA requests submitted by NSC to the CIA relating

to the CIA's Mandatory Declassification Review ("MDR") program, Request No. F-2010-01033

and Request No. F-2011-00396.[1]  Since the filing of the parties last joint status report, the CIA

has been conducting a supplemental search for records responsive to each of these FOIA

---

[1] Request No. F-2010-01033 sought "copies of all current [CIA] regulations, policy
statements, guidelines, memoranda, training materials, handbooks, manuals, checklists,
worksheets, instructions, and similar documents on the topic of [MDR]."  Request No.
F-2011-00396 sought a copy of the "special procedures for the [Mandatory Declassification]
review of information pertaining to intelligence activities . . . or intelligence sources or methods'
developed by the Director of Central Intelligence pursuant to Sections 3.6(e) of Executive Order
12,958 and 3.5(e) of Executive Order 13, 292."

requests.

2.      As a result of this supplemental search, the CIA has located documents that can be released in segregable form in response to Request No. F-2010-01033.  The CIA is currently reviewing and processing these documents and anticipates that it will provide a supplemental response by July 11.

3.      CIA is continuing its search for records responsive to Request No. F-2011-00396. CIA estimates that it will complete this search by July 11.

4.      Counts 3 and 4 concern Request No. 0125-2011 and Request No. 0121-2011, two Freedom of Information Act ("FOIA") requests submitted by Plaintiff to the Defense Intelligence Agency ("DIA"), a DOD component, for records related to a previous FOIA request submitted by Mr. Michael Ravnitzky for the records of the DIA Science Board.  As the parties reported in their last joint status report, NSC is satisfied with DOD's response to Request No. 0125-2011 and has elected to voluntarily dismiss Count 3, which relates to that request.  The remaining count against DOD, Count 4, relates to  Request No. 0121-2011 and seeks records pertaining to the administrative processing of Mr. Ravintzky's original FOIA request.  The parties have been engaging in settlement discussions with regard to Count 4.

5.      During the course of settlement discussions and after reviewing the non-exempt responsive records previously released, NSC raised a question about the existence of certain documents that appeared to be missing from the records released by DOD, documents reflecting administrative processing by the National Reconnaissance Office (NRO).  In response, DOD searched for additional documents.  DOD anticipates that it will provide a supplemental response to NSC by June 27.

6.       NSC has been reviewing the non-exempt responsive records previously released

by DOD as responsive to Request No. 0121-2011.  NSC is working to identify questions or

issues with regard to these documents, so that the parties can continue their attempts to narrow

the issues that may require litigation in this case.  NSC estimates that it will provide DOD with a

list of potential issues regarding these documents by June 20.

7.       The parties request that the Court extend the existing stay by an additional four

weeks, to allow the parties to continue engaging in settlement discussions.  The parties propose

that they submit a joint status report along with either a stipulation of dismissal or a proposed

briefing schedule on or before July 13, 2012.

Dated: June 11, 2012                                    Respectfully submitted,


 */s/ Kelly B. McClanahan*                            STUART F. DELERY
KELLY B. MCCLANAHAN, ESQ.              Acting Assistant Attorney General
D.C. Bar #984704
National Security Counselors                    ELIZABETH J. SHAPIRO
1200 South Courthouse Road                  Deputy Branch Director
Suite 124
Arlington, VA 22204                                 */s/ Lisa Zeidner Marcus*
301-728-5908                                            LISA ZEIDNER MARCUS
240-681-2198 fax                                      Trial Attorney
Kel@NationalSecurityLaw.org              (N.Y. Bar Registration No. 4461679)
                                                              United States Department of Justice
Counsel for Plaintiff                               Civil Division, Federal Programs Branch

                                                              Mailing Address:
                                                              c/o U.S. Attorney's Office
                                                              700 Grant St., Suite 4000
                                                              Pittsburgh, PA 15219

                                                              Federal Programs Branch Address:
                                                              20 Massachusetts Avenue, Room 6134
                                                              Washington, DC 20001

Tel:  (202) 514-3336
Fax:  (412) 644-6995
E-mail:  lisa.marcus@usdoj.gov

Counsel for Defendants