**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL SECURITY COUNSELORS,  *
           *
     Plaintiff,    *
           *
     v.      *
           *  Case: 1:11-cv-00442 (RMC)
CENTRAL INTELLIGENCE AGENCY,  *
*et al.*,          *
           *
     Defendants.  *
           *

* * * * * * * * * * * * *

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

  Plaintiff hereby stipulates to the voluntary dismissal of this case, having been satisfied with the information provided in Defendants' filings.  Plaintiff elects to dismiss this case because the value of any further information it could receive outweighs the work necessary to receive it, and this decision should not be considered a concession regarding the adequacy of Defendants' searches or the legitimacy of Defendants' withholdings.

  With this dismissal, the only issue remaining for the Court is with respect to costs and attorneys' fees.  The parties will attempt to reach an agreement on this issue in the immediate future, but if such agreement is not possible, Plaintiff will file a timely petition for costs and fees with the Court.

Date: April 16, 2013

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1200 South Courthouse Road
Suite 124
Arlington, VA  22204
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*