UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, | * |
| Plaintiff, | * |
| v. | * |
| | * Civil Action No. 1:11-cv-00442 (RMC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF KELLY MCCLANAHAN, ESQ.

I, KELLY MCCLANAHAN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge and in support of Plaintiff's Petition for Costs and Attorneys' Fees (filed June 18, 2013).

2. I received my Master of Arts ("M.A.") degree from Georgetown University in Security Studies in May 2003. I received my Juris Doctorate ("J.D.") from the American University Washington College of Law in May 2007. I received my Master of Laws ("LL.M.") degree in National Security Law from Georgetown University Law Center in December 2009. I have been a practicing attorney for six years and have specialized in Information and Privacy Law and National Security Law the entire time.

3. I have spent over sixty (60) hours prosecuting this case, although I am only petitioning the Court for 38.5 hours. I arrived at this figure by removing the following items:

4. I have removed a significant majority of telephone calls and emails between myself and government counsel which lasted less than twelve minutes, or 0.2 hours.

Ex. A

5. I have removed all of the time spent addressing the issue of suing "John Doe" agencies, since that issue was rendered moot by the filing of the First Amended Complaint.

6. I have removed a significant amount of time spent reviewing Department of Defense ("DOD") releases and developing challenges to their withholdings, in recognition of the fact that the last withholding determination Plaintiff challenged was with respect to the question of whether or not DOD would release records obtained from DOD components it could not identify. After this issue was resolved, I did spend a significant amount of time preparing challenges to other withholdings, but I did not consider that to be appropriately billed to the government since Plaintiff ended up not challenging those withholdings for logistical reasons.

7. I have not billed for any time spent in discussions of this case with my partner or interns.

8. I have not billed for any time spent preparing the settlement offer on fees and costs or discussing it with government counsel.

9. I have endeavored throughout this case to minimize the amount of time spent doing research or writing.

10. Accordingly, I have created the below chart of billable hours, divided into tenths of an hour and categorized by agency, with brief descriptions of the work performed.

| Date | Hours | Agency | Work description |
|---|---|---|---|
| 1/27/11 | 1.8 | DOD | Drafted complaint |
| 1/29/11 | 0.5 | CIA | Added CIA counts |
| 3/25/11 | 0.1 | both | Discussed release schedule with Thomas[1] |
| 5/16/11 | 0.1 | both | Discussed case with Nikki[2] |
| 5/26/11 | 0.1 | DOD | Discussed upcoming brief with Nikki |
| 5/28/11 | 0.1 | CIA | Discussed CIA release with Nikki |

---

[1] Thomas Zimpleman, the first Assistant U.S. Attorney ("AUSA") assigned to the case.

[2] Nikki Ellington, the second AUSA assigned to the case.

| Date | Hours | Agency | Description |
|---|---|---|---|
| 6/27/11 | 0.6 | both | Drafted and filed First Am. Compl. and motion for it |
| 7/5/11 | 0.3 | DOD | Drafted and filed oppo |
| 7/6/11 | 0.2 | CIA | Discussed briefing schedule with Nikki |
| 7/15/11 | 0.8 | CIA | Compiled and sent email to Nikki re: potential records locations |
| 7/21/11 | 0.6 | CIA | Discussed case with Nikki |
| 8/30/11 | 0.5 | CIA | Compared EO 12958 and 13292 MDR provisions |
| 8/30/11 | 0.4 | CIA | Emailed Nikki about other systems |
| 9/1/11 | 0.2 | CIA | Emailed Nikki about "then directors" |
| 9/17/11 | 0.9 | DOD | Reviewed release for withholdings to challenge |
| 9/26/11 | 3.9 | CIA | Researched oppo to Mot. Summ. J. |
| 9/27/11 | 5.6 | CIA | Drafted oppo to MSJ |
| 10/2/11 | 3.1 | CIA | Drafted and filed oppo to MSJ |
| 10/28/11 | 1.7 | DOD | Reviewed release for withholdings to challenge |
| 10/28/11 | 0.3 | DOD | Emailed Nikki about DOD withholdings |
| 11/30/11 | 0.6 | DOD | Discussed scheduling with Nikki |
| 12/16/11 | 0.6 | DOD | Discussed case with Nikki |
| 12/16/11 | 0.2 | DOD | Emailed Nikki about original Ravnitzky request |
| 1/18/12 | 0.5 | DOD | Discussed scheduling with Nikki |
| 2/18/12 | 2.4 | DOD | Reviewed release for withholdings to challenge |
| 3/15/12 | 0.7 | DOD | Discussed case with Lisa[3] |
| 3/23/12 | 0.1 | DOD | Discussed case with Lisa |
| 3/28/12 | 0.9 | CIA | Reviewed opinion and emailed Lisa |
| 3/29/12 | 0.4 | both | Discussed case with Lisa |
| 3/30/12 | 0.2 | CIA | Emailed Lisa re: search cutoff |
| 4/20/12 | 1.1 | both | Discussed case with Lisa |
| 6/8/12 | 0.4 | both | Discussed case with Lisa |
| 7/31/12 | 0.5 | DOD | Reviewed release chart and responded to Lisa |
| 9/25/12 | 0.2 | both | Discussed case with Lisa |
| 10/9/12 | 0.7 | both | Discussed releases and briefing schedule with Lisa |
| 12/20/12 | 0.5 | CIA | Reviewed release for withholdings and search |
| 1/8/13 | 1.2 | DOD | Emailed Lisa with challenges |
| 1/30/13 | 0.5 | CIA | Reviewed letter and emailed Lisa with questions |
| 2/11/13 | 0.6 | CIA | Reviewed letter and emailed Lisa with questions |
| 2/22/13 | 1.4 | both | Discussed case with Lisa |
| 2/26/13 | 0.2 | CIA | Emailed Lisa about CMCG |
| 3/6/13 | 1.1 | both | Discussed case with Lisa |
| 4/16/13 | 0.4 | both | Decided on dismissal and emailed Lisa |
| 6/17/13 | 1.3 | both | Prepared fee petition |

---

[3] Lisa Marcus, the third AUSA assigned to the case.

I do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge.

Date: June 18, 2013

_____
Kelly McClanahan, Esq.