# KEL MCCLANAHAN

1200 SOUTH COURTHOUSE ROAD, APARTMENT #124 • ARLINGTON, VA  22204
301-728-5908 • KELLYBMCC@GMAIL.COM

## EDUCATION

**GEORGETOWN UNIVERSITY LAW CENTER**                            Washington, DC
**Master of Laws** – National Security Law                      8/2008 – 12/2009
Coursework included: National Security Investigations and Litigation,
Managing National Security, Congressional Investigations, Congress and
the DOJ, Foreign Relations Law, Litigation with the Federal Government,
International Criminal Law.
**Study Abroad:** International Law and Security – Florence, Italy (Summer
2009).

**AMERICAN UNIVERSITY WASHINGTON COLLEGE of LAW**              Washington, DC
**Juris Doctor** (includes a semester at Boston University School of Law)   8/2003 – 5/2007
Mock Trial Honor Society; Student Bar Association: Four-term Senator.

**GEORGETOWN UNIVERSITY**                                       Washington, DC
**Master of Arts** *Cum Laude* – Security Studies               8/2000 – 5/2003

## EXPERIENCE (LITIGATION/ADVOCACY)

**NATIONAL SECURITY COUNSELORS**                                Arlington, VA
**Executive Director**                                          8/2009 – present
- Founder, CEO of a non-profit organization dedicated to educating the
  public about national security issues, influencing relevant legislation,
  and providing assistance to people involved in security-related legal or
  administrative proceedings.
- Act as primary counsel for legal assistance projects.
- Interact with Congressional and Executive branch officials regarding
  proposed changes to laws and/or regulations.
- Litigate cases before the Defense Office of Hearings and Appeals, the
  Merit Systems Protection Board, the Equal Employment Opportunity
  Commission, and the U.S. District Courts of DC, the Southern District
  of New York, and the Eastern District of California.

**KOHN, KOHN & COLAPINTO, LLP**                                 Washington, DC
**Of Counsel**                                                  9/2009 – 5/2012
- Specialized in cases involving national security whistleblowers.
- Litigated whistleblower reprisal and FOIA/PA cases before the DOJ
  Office of Attorney Recruitment and Management and the U.S. District
  Court of DC.

Ex. B

**LAW OFFICE OF MARK S. ZAID, P.C.**                    Washington, DC
**Of Counsel**                                          12/2007 – 7/2009
- Specialized in cases involving national security issues, including whistleblowers, security clearances, prepublication review, and FOIA/PA litigation.
- Litigated cases before the U.S. District Courts of DC and the Eastern District of Virginia.

**NATIONAL SECURITY and LAW SOCIETY**                   Washington, DC
**International President**                              11/2005 – 5/2007
- Co-founder, elected President of an international non-profit dedicated to fostering awareness of security issues in law schools and the legal profession.

**UNITED STATES DEPARTMENT of HOMELAND SECURITY**        Washington, DC
**Summer Law Clerk**                                    6/2005 – 8/2005
- Assigned to the U.S. Coast Guard Office of Maritime and International Law.
- Specialized in international legal issues of biometric information collection.

## EXPERIENCE (NON-LEGAL - SECURITY)

*AMERICAN INTELLIGENCE JOURNAL*                         Washington, DC
**Associate Editor**                                    2/2009 – present
- Solicit and edit manuscripts for a military intelligence trade journal.
- Exercise primary authority over Book Review section.

**GEORGETOWN CENTER on NATIONAL SECURITY and the LAW**   Washington, DC
**Research Assistant**                                  5/2008 – 9/2008
- Designed and edited the *Security Law Brief*, an online clearinghouse for news and commentary related to national security issues and the law.

**INTERNATIONAL NEGOTIATING CONSULTANT**                 Washington, DC
**Executive Assistant**                                 10/2004 – 6/2005
- Edited homeland security opinion editorials for a retired former Ambassador.

**INTERACTION SYSTEMS, Inc.**                            Vienna, VA
**Counter-Terrorism Research Assistant**                6/2002 – 1/2004
- Researched, compiled open source intelligence analysis reports on intelligence and terrorism issues for the DCI Counter-Terrorist Center and the Intelligence Community.

**SWISS FEDERAL INSTITUTE of TECHNOLOGY ZURICH**          Zurich, Switzerland
**Counter-Terrorism Research Assistant**          6/2003 – 8/2003
- Designed e-learning course in Transnational Security Risks for military and government leaders in NATO Partnership for Peace member countries.
- Performed case study of State Supported Terrorism in Iran and Syria.

## EXPERIENCE (NON-LEGAL - TEACHING)

**POINT PARK UNIVERSITY**          Pittsburgh, PA
**Adjunct Professor**          1/2011 – 6/2012
- Taught an undergraduate seminar in National Intelligence Authorities.

**UNIVERSITY of the DISTRICT of COLUMBIA**          Washington, DC
**Adjunct Professor**          1/2010 – 12/2010
- Taught an undergraduate seminar in National Security Law, Policy, and Objectives.

## SCHOLARSHIP

**Public Appearances:**
- Panelist, "Fighting FOIA Erosion," at *2012 FOI Summit*, National Freedom of Information Coalition, May 12, 2012.
- Panelist, "Current FOIA Litigation," at *Fifth Annual Freedom of Information Day Celebration*, American University Washington College of Law, March 16, 2012.
- Panelist, "WikiLeaks: What Are the Implications and Aftereffects for Open Government?" at *2011 FOI Summit*, National Freedom of Information Coalition, March 21, 2011.
- Panelist at *FOIA Requester/Agency Town Hall*, U.S. Department of Justice, March 17, 2011.
- Panelist, "National Security and the First Amendment," at *Emerging National Security Threats in a Globalized World*, American University Washington College of Law, March 2, 2011.
- Panelist, "Federal Bureau of Investigation Whistleblowers," at *2010 National Whistleblower Assembly: The Final Countdown: Honoring 10 Years of Commitment*, U.S House of Representatives, May 24, 2010.
- "Opening Remarks" at *Emerging Issues in National and International Security (EMININT 2006)*, American University Washington College of Law, April 21, 2006.
- Panelist at *National Security Student Leadership Conference*, American University Washington College of Law, November 5, 2005.
- Delegate at *Hostage to Terrorism: Governmental and Non-Governmental Response Strategies*, University of Virginia Critical Incident Analysis Group, April 3-5, 2005.
- "Opening Remarks" and Panelist, "Climate Change, Infectious Disease, and Resource Shortages as Threats to International Security," at *Emerging Issues in National and International Security (EMININT 2005)*, American University Washington College of Law, March 21, 2005.

**Published Scholarship:**
- "Its Time Has Come: The Need for Legislative Reform of the Security and Suitability Process" in *National Security Law Brief*, 2013 (forthcoming).
- "The Need for a Perception-Based Model of Comparing Intelligence Communities: An Historical Case Study" in *American Intelligence Journal*, 2007.
- "A Cooperative Approach to Counter-Terrorism Policy Development" in *Proceedings of the 1ˢᵗ Annual Symposium on Emerging Issues in National and International Security (EMININT 2005)*, 2007.
- "Left, Right, and Center: Political Thought for the Law Student," recurring column in *American Jurist*, 2004-2005.
- "Point-Counterpoint for House Leadership Intelligence Reform Bills," handout for ABA panel, 2004.

**Unpublished Scholarship:**
- "Legislating the State Secrets Privilege: A Separation of Powers Analysis"
- "Application of the Espionage Act and Related Statutes to Reporters, Academics, and Other Participants in the Marketplace of Ideas"

## HONORS/AWARDS

- Board of Directors, National Military Intelligence Association.
- Delegate to the American Swiss Foundation Young Leaders Conference, May 2006.
- Bar memberships: U.S. Supreme Ct.; U.S. Ct. of Appeals – DC Cir.; U.S. Dist. Ct. – DC; U.S. Dist. Ct. – SDNY; DC; NY.
- Charter member, Security Clearance Lawyers Association.