IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY COUNSELORS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-442 (RMC) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, and ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR STAY OF PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves to stay the above-captioned case.

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the defendants in this case. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Presently pending before the Court is plaintiff's consent motion for leave, *nunc pro tunc*, to file its reply brief in further support of its motion for attorney's fees and costs, Dkt. # 63. Should the Court grant plaintiff's motion and allow the reply brief to be filed, defendants would want the opportunity to seek leave to file a sur-reply to respond to the argument in plaintiff's proposed reply that defendants' opposition brief contained a "gross misrepresentation"

that "is a fraud on the Court and should be soundly condemned." Pl. Reply at 4-5. Undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department.

4. If this motion for stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

5. Opposing counsel has authorized counsel for the Government to state that plaintiff opposes this motion. Plaintiff requests that the following argument be conveyed:

> Plaintiff maintains that the time has long passed for any such motion for leave to file any filing and that the Court should not delay its ruling on plaintiff's petition for fees and costs in the off chance that the Department *might* seek leave to file such an untimely motion. If the Court does grant plaintiff's motion for a *nunc pro tunc* extension of time, and if the Court feels that it would benefit from further briefing in violation of the normal rules, *that* would be the time for the Department to seek a stay, and not before.

In response, counsel for the Government notes that plaintiff's motion for leave to file plaintiff's reply brief is still pending. Defendants had been waiting to see whether the Court would rule on that motion before finalizing a potential sur-reply and seeking leave to file it. Given that plaintiff's motion for leave has been pending for some time and given the possibility that the Court may rule on it contemporaneously with ruling on plaintiff's fee petition, the Government requests a stay to preserve defendants' opportunity to seek leave to file a sur-reply following the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 2, 2013                    Respectfully submitted,

                                          STUART F. DELERY
                                          Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        */s/ Lisa Zeidner Marcus*
        LISA ZEIDNER MARCUS
        (N.Y. Bar Registration No. 4461679)
        DANIEL RIESS
        (Texas Bar No. 24037359)
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, Seventh Floor
        Washington, DC 20001
        Tel: (202) 514-3336
        Fax: (412) 644-6995
        E-mail: lisa.marcus@usdoj.gov

        *Attorneys for Defendants*